# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Joint Commission on Accreditation of Healthcare Organizations, The, et al.

                    Plaintiff,

v.                              Case No.: 1:14–cv–10225
                              Honorable John J. Tharp Jr.

HCPro, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 15, 2015:

      MINUTE entry before the Honorable John J. Tharp, Jr:The initial status conference in this matter is set for 2/18/15 at 9:00 a.m. The parties are directed to review the procedures and requirements for this conference on Judge Tharp's web site, which may be accessed at [www.ilnd.uscourts.gov/judges] and to submit the required Initial Status Report by 2/18/15. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.