**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THE JOINT COMMISSION ON ACCREDITATION OF HEALTHCARE ORGANIZATIONS, and JOINT COMMISSION RESOURCES, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:14-cv-10225 |
| vs. | ) ) ) | Judge John J. Tharp Jr. |
| THE GREELEY COMPANY, INC., and FORTIS BUSINESS MEDIA LLC d/b/a BLR – BUSINESS & LEGAL RESOURCES, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:** John T. Gabrielides
Nicholas G. de la Torre
Jeffrey Catalano
Michael R. Friedman
BRINKS GILSON & LIONE
NBC Tower—Suite 3600
445 North Cityfront Plaza Drive
Chicago, IL 60611
(312) 321-4200
jgabrielides@brinksgilson.com
ndelatorre@brinksgilson.com
jcatalano@brinksgilson.com
mfriedman@brinksgilson.com

Richard N. Kessler
Matthew J. Cavanagh
MCDONALD HOPKINS LLC
300 N LaSalle Street, Ste. 2100
Chicago, Illinois 60654
(312) 280-0111
rkessler@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

PLEASE TAKE NOTICE that on Tuesday, May 26, 2015, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John J. Tharp Jr., or any judge sitting in his stead, in courtroom 1419 at 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present Defendant The Greeley Company, Inc.'s Uncontested Motion for Extension of Time to Respond to First Amended Complaint, a copy of which was served upon you via the CM/ECF system on May 20, 2015.

| | |
|---|---|
| Dated: May 20, 2015 | Respectfully submitted, |
| | /s/ David T. Van Der Laan<br>Rory J. Radding (*pro hac vice* to be filed)<br>LOCKE LORD LLP<br>750 Lexington Avenue<br>New York, NY  10022<br>(212) 308-4411<br>(212) 308-4844 (facsimile) |
| | David T. Van Der Laan<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, IL  60606<br>(312) 443-0700<br>(312) 443-0336 (facsimile)<br>*Attorneys for Defendant The Greeley Company, Inc.* |

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on May 20, 2015, I caused a copy of the foregoing NOTICE OF MOTION to be filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to the following:

John T. Gabrieledes
Nicholas G. de la Torre
Jeffrey Catalano
Michael R. Friedman
BRINKS GILSON & LIONE
NBC Tower—Suite 3600
445 North Cityfront Plaza Drive
Chicago, IL  60611
(312) 321-4200
jgabrielides@brinksgilson.com
ndelatorre@brinksgilson.com
jcatalano@brinksgilson.com
mfriedman@brinksgilson.com

Richard N. Kessler
Matthew J. Cavanagh
MCDONALD HOPKINS LLC
300 N LaSalle Street, Ste. 2100
Chicago, Illinois  60654
(312.280-0111
rkessler@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

                                        /s/ David T. Van Der Laan