IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE JOINT COMMISSION ON ACCREDITATION OF HEALTHCARE ORGANIZATIONS, and JOINT COMMISSION RESOURCES, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:14-cv-10225 |
| vs. | ) ) ) | Judge John J. Tharp Jr. |
| THE GREELEY COMPANY, INC., and FORTIS BUSINESS MEDIA LLC d/b/a BLR – BUSINESS & LEGAL RESOURCES, | ) ) ) ) | |
| Defendants. | ) | |

### DEFENDANT THE GREELEY COMPANY, INC.'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendant, The Greeley Company, Inc. ("Greeley"), by and through its attorneys, Locke Lord LLP, respectfully moves, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the Second Amended Complaint of plaintiffs The Joint Commission on Accreditation of Healthcare Organizations and Joint Commission Resources, Inc. (collectively, "Plaintiffs"). In support of this motion, Greeley submits its accompanying Memorandum in Support of Defendant The Greeley Company, Inc.'s Motion to Dismiss Plaintiffs' Second Amended Complaint.

WHEREFORE, Greeley respectfully requests that this Court dismiss Plaintiffs' Second Amended Complaint.

Dated: July 20, 2015　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Rory J. Radding
　　　　　　　　　　　　　　　　　　　　Rory J. Radding (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　LOCKE LORD LLP
　　　　　　　　　　　　　　　　　　　　750 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　(212) 308-4411
　　　　　　　　　　　　　　　　　　　　(212) 308-4844 (facsimile)

　　　　　　　　　　　　　　　　　　　　David T. Van Der Laan
　　　　　　　　　　　　　　　　　　　　LOCKE LORD LLP
　　　　　　　　　　　　　　　　　　　　111 South Wacker Drive
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　(312) 443-0700
　　　　　　　　　　　　　　　　　　　　(312) 443-0336 (facsimile)
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant The Greeley Company, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on July 20, 2015, I caused a copy of the foregoing DEFENDANT THE GREELEY COMPANY, INC.'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT to be filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to the following:

John T. Gabrielides
Nicholas G. de la Torre
Jeffrey Catalano
Michael R. Friedman
BRINKS GILSON & LIONE
NBC Tower—Suite 3600
445 North Cityfront Plaza Drive
Chicago, IL 60611
(312) 321-4200
jgabrielides@brinksgilson.com
ndelatorre@brinksgilson.com
jcatalano@brinksgilson.com
mfriedman@brinksgilson.com

Richard N. Kessler
Matthew J. Cavanagh
Maxwell J. Goss
Owen P. Quinn
MCDONALD HOPKINS LLC
300 N LaSalle Street, Ste. 2100
Chicago, Illinois 60654
(312) 280-0111
rkessler@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com
mgoss@mcdonaldhopkins.com
oquinn@mcdonaldhopkins.com

/s/ David T. Van Der Laan