# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| The Joint Commission on Accreditation of Healthcare Organizations et al., | ) Case No. 1:14-cv-10225 ) ) Judge John J. Tharp |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| HCPro, Inc. et al., | ) ) |
| Defendants. | ) |

## Notice of Motion

PLEASE TAKE NOTICE that on July 30, 2015, at 9:00 a.m., we shall appear before the Honorable John J. Tharp in Courtroom 1419 at 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present defendant Fortis Business Media LLC's Motion to Dismiss, in Part, Second Amended Complaint, which was filed on July 20, 2015 as ECF #45 and served electronically on all parties by the Court's ECF system.

Respectfully submitted,

Dated: July 20, 2015

   s/ Matthew J. Cavanagh
Matthew J. Cavanagh (OH 0079522)
MCDONALD HOPKINS LLC
600 Superior Ave., East, Ste. 2100
Cleveland, Ohio 44114
t 216.348.5730 | f 216.348.5474
mcavanagh@mcdonaldhopkins.com

*Counsel for*
*Fortis Business Media LLC*

{5599895:}

## Certificate of Service

I hereby certify that on July 20, 2015, a copy of the foregoing <u>Fortis Business Media LLC's Notice of Motion to Dismiss, in Part, Second Amended Complaint</u> was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.

                                                    _s/ Matthew J. Cavanagh_
                                                   *Counsel for Fortis Business Media LLC*

{5599895:}