IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| The Joint Commission on Accreditation of Healthcare Organizations, | ) ) ) |
| Plaintiff, | ) Case No. 1:14-cv-10225 ) |
| v. | ) Judge John J. Tharp Jr. ) |
| Fortis Business Media LLC, | ) ) |
| Defendant. | ) ) |

**<u>UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF</u>**

In accordance with Local Rule 83.17 I, Nicholas G. de la Torre, respectfully move to withdraw as counsel for Plaintiff The Joint Commission on Accreditation of Healthcare Organizations ("The Joint Commission") in the above-captioned action. The Joint Commission will continue to be ably represented by John Gabrielides and Genevieve Charlton of Barnes & Thornburg LLP in this action and the granting of this Motion will not result in prejudice to any party nor cause any delay in these proceedings. Defendant Fortis Business Media LLC does not oppose this Motion.

Respectfully submitted,

Dated: <u>September 12, 2017</u>

/s/ Nicholas G. de la Torre
Nicholas G. de la Torre, IL Bar # 6269612
NEAL & MCDEVITT LLP
1776 Ash Street
Northfield, Illinois 60093
847.881.2463
ndelatorre@nealmcdevitt.com

*Counsel for The Joint Commission on Accreditation of Healthcare Organizations*

## **Certificate of Service**

  I hereby certify that on September 12, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.

                  /s/ Nicholas G. de la Torre