**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| The Joint Commission on Accreditation of Healthcare Organizations, | ) | |
| | ) | |
| | ) | Case No. 1:14-cv-10225 |
| Plaintiff, | ) | |
| v. | ) | Judge John J. Tharp Jr. |
| | ) | |
| Fortis Business Media LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Wednesday, September 20, 2017 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable John J. Tharp Jr., or any judge who may be sitting in his stead, in Room 1419 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Unopposed Motion to Withdraw as Counsel for Plaintiff The Joint Commission on Accreditation of Healthcare Organizations**.

Respectfully submitted,

Dated: September 12, 2017

/s/ Nicholas G. de la Torre
Nicholas G. de la Torre, IL Bar # 6269612
NEAL & MCDEVITT LLP
1776 Ash Street
Northfield, Illinois 60093
847.881.2463
ndelatorre@nealmcdevitt.com

*Counsel for The Joint Commission on Accreditation of Healthcare Organizations*

**<u>Certificate of Service</u>**

I hereby certify that on September 12, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.

<u>/s/ Nicholas G. de la Torre</u>