# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| THE JOINT COMMISSION ON ACCREDITATION OF HEALTHCARE ORGANIZATIONS, | ) ) ) | Case No. 1:16-cv-04724 |
| Plaintiff, | ) | Case No. 1:14-cv-10225 |
| v. | ) ) | |
| FORTIS BUSINESS MEDIA LLC d/b/a BLR – BUSINESS & LEGAL RESOURCES, | ) ) ) | Judge John J. Tharp, Jr. |
| Defendant. | | |

## JOINT MOTION TO DISMISS

The parties, The Joint Commission on Accreditation of Healthcare Organizations and Fortis Business Media, LLC, n/k/a Simplify Compliance, LLC, having reached a settlement, jointly move this court, under Rule 41(a)(2), to dismiss this entire action with prejudice.

Dated:  August 2, 2018

**PLAINTIFF**

By:   */s/Olivia Luk Bedi*
    Olivia Luk Bedi
    Neal, Gerber & Eisenberg LLP
    Two North LaSalle Street,
    Suite 1700
    Chicago, IL 60602

**DEFENDANT**

By:   */s/ Matthew Cavanagh*
    Matthew Cavanagh
    McDonald Hopkins LLC
    600 Superior Avenue, East
    Suite 2100
    Cleveland, OH 44114

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on August 2, 2018, a copy of the foregoing **Joint Motion to Dismiss** was filed with the Clerk of the Court to be served upon the following counsel of record via the Court's ECF system:

Matthew Cavanagh
McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114
mcavanagh@mcdonaldhopkins.com

/s/ *Olivia Luk Bedi*
Olivia Luk Bedi